# Court of Appeals
# of the State of Georgia

ATLANTA,  September 06, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0016.  MARIA SEIBERT v. OSBORNE HUGH LANE III.**

Upon consideration of Maria Boice's emergency motion for an extension of time in which to file an application for discretionary review, the same is hereby GRANTED. Movant shall have until October 9, 2024, to file her application.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  09/06/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*